**Order filed September 3, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01053-CV
_____

## DIOGU LAW FIRM PLLC; DIOGU KALU DIOGU II, Appellant

## V.

## DAVID MELANSON; DENISE ROBBINS; EDDIE M. KRENEK; TRICIA KRENEK, Appellees

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-251076**

## ORDER

On August 6, 2019, appellant filed a brief in this matter. On October 28, 2019, this court denied appellant's request to file an amended brief. On that same day, an amended brief was received at this court, but not filed. That brief is struck. On December 5, 2019, the same day this appeal was submitted to the court on the briefs, appellant attempted to file another brief without seeking leave of court. That brief is struck. The court will consider only appellant's August 6, 2019 brief in deciding this appeal.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.